**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:10-CR-93 |
| | ) | |
| DESMOND TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Desmond Turner (DE #24) filed on March 6, 2012. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Desmond Turner, and **FINDS** the Defendant guilty of Counts 1 and 2 of the Indictment.

This matter is set for sentencing on June 15, 2012 , at 10:00 a.m.

**DATED: March 23, 2012**

**/s/RUDY LOZANO, Judge**
**United States District Court**